**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-2131**

---

MILDRED GOLLIE, widow of Joe Gollie, deceased,

Petitioner,

versus

ELKAY MINING COMPANY; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(02-741-BLA)

---

Submitted: March 24, 2004          Decided: April 8, 2004

---

Before WIDENER, WILKINSON, and NIEMEYER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Leonard Stayton, Inez, Kentucky, for Petitioner. Douglas A. Smoot,
Kathy L. Snyder, JACKSON KELLY PLLC, Morgantown, West Virginia, for
Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mildred Gollie seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-45 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. <u>See</u> <u>Gollie v. Elkay Mining Co.</u>, No. 02-741-BLA (BRB July 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>